WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260

JOHN STANLEY, ACTING, SUPERVISORY TRIAL ATTORNEY
MOLLY KUCUK, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6892
FAX: (206) 220-6911
Molly.Kucuk@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| HOWARD S. WRIGHT CONSTRUCTION CO., | |
| Defendant. | |

NATURE OF THE ACTION

This is an action under Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. section 621 *et seq*. ("ADEA"), to correct unlawful employment practices on the basis of

COMPLAINT- Page 1 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

age and to provide appropriate relief to Cecil Cheeka, who was adversely affected by such practices. The Equal Employment Opportunity Commission ("the EEOC") alleges that defendant Howard S. Wright Construction Co. (referred to herein as "Howard S. Wright" or "defendant") violated the ADEA by discriminating against Mr. Cheeka on the basis of age when it terminated him from his journeyman ironworker position.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the ADEA, 29 U.S.C. §626(b), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, defendant Howard S. Wright has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

**COMPLAINT-** Page 2 of 5

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

5. At all relevant times, defendant Howard S. Wright has continuously been doing business in the state of Washington and has continuously had at least 20 employees.

## CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference, and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. §626(b).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Cecil Cheeka filed a charge of discrimination with the Commission alleging a violation of the ADEA by Howard S. Wright. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. On or about December 14, 2004 defendant engaged in unlawful employment practices at its worksites in Olympia, Washington in violation of Section 623 (a) of the ADEA, 29 U.S.C. §§ 623 (a). These practices include discriminating against Mr. Cheeka by terminating him from his journeyman ironworker position after only four days because of his age.

9. The effect of the practices complained of in paragraph 8 above has been to deprive Mr. Cheeka of equal employment opportunities and otherwise adversely affected his status as an employee because of the discrimination that occurred.

10. The unlawful employment practices complained of in paragraph 8 above were and are willful within the meaning of Section 7 (b) of the ADEA, 29 U.S.C. § 626 (b).

**COMPLAINT-** Page 3 of 5

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendant and it officers, agents, successors, assigns, and all persons in active concert or participation with them, from engaging in discrimination against any of their employees.

B. Order defendant to institute and carry out policies, practices, and programs which prevent its employees from being subjected to discrimination and which eradicate the effects of past and present unlawful employment practices.

C. Order defendant to make whole Mr. Cheeka by providing appropriate back pay in an amount to be determined at trial, an equal sum as liquidated damages, prejudgment interest, front pay and other affirmative relief necessary to eradicate the effects of its unlawful employment practices described above.

D. Grant such further relief as the Court deems necessary and proper in the public interest.

E. Award the Commission its costs of this action.

JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 28th day of August, 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | RONALD S. COOPER<br>General Counsel |
| JOHN STANLEY<br>Acting Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| MOLLY KUCUK<br>Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

**COMPLAINT-** Page 4 of 5                                   EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

1
2
3
4
5

BY: \_\_\_\_/s/ William R. Tamayo_____
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
350 The Embarcadero, Ste. 500
San Francisco, California 94105-1260
Telephone (415) 625-5645
Facsimile (415) 625-5657

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

6
Attorneys for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**COMPLAINT-** Page 5 of 5

**EQUAL EMPLOYMENT**
**OPPORTUNITYCOMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6883**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**